UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In. Re.                                     No. C 12-5397 SI (pr)

CHRISTOPHER M. SHEEHAN,         **ORDER OF DISMISSAL**

          Petitioner.

_____/

        Christopher Sheehan sent to the court a letter dated October 3, 2012 complaining about his parole hearing, at which his rights allegedly were violated. On that date, the court notified plaintiff in writing that his action was deficient in that he had not attached a complaint or petition and had not filed an *in forma pauperis* application. The court further notified plaintiff that this action would be dismissed if he did not submit a complaint or petition within thirty days. Plaintiff did not file either a complaint or petition. Instead, he sent a letter (Docket # 4) stating that he had learned that he had not exhausted his state court remedies yet and indicating that he did not want to proceed in federal court at this time. Accordingly, this action is DISMISSED without prejudice for failure to submit a pleading showing the court has subject matter jurisdiction. The clerk shall close the file.

        IT IS SO ORDERED.

DATED: November 6, 2012                                _____
                                                                              SUSAN ILLSTON
                                                                             United States District Judge