UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In. Re. | No. C 12-5397 SI (pr) |
| CHRISTOPHER M. SHEEHAN, | **JUDGMENT** |
| Petitioner. | |

This action is dismissed without prejudice for failure to submit a pleading showing the court has subject matter jurisdiction.

IT IS SO ORDERED AND ADJUDGED.

DATED: November 6, 2012

SUSAN ILLSTON
United States District Judge